IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | CASE NO. 10-11949-ESL |
| GILBERTO DE LEON HERNANDEZ<br>ANA L. RAMOS SANTOS<br>DEBTORS | CHAPTER 13 |

## DEBTORS' MOTION SUBMITTING DOCUMENTS
## REQUESTED BY THE CHAPTER 13 TRUSTEE

**TO THE HONORABLE COURT:**

**COME NOW, GILBERTO DE LEON HERNANDEZ and ANA L. RAMOS SANTOS,** debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. At the confirmation hearing held on February 23, 2011, the U.S. Bankruptcy Judge granted thirty days to comply with the documents requested by the Trustee in this meeting.

2. On March 23, 2011 the debtors send via email documents concerned with the joint account with mother.

WHEREFORE, debtor respectfully requests from this Honorable Court take notice of the aforegoing and allow debtors' motion in compliance with the Trustee's request for documents.

I CERTIFY that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such the Chapter 13 Trustee, Alejandro Oliveras, Esq.; and also certify that I have mailed by United State Postal Service copy of this motion to he following non CM/ECF participant debtors; Gilberto De Leon Hernandez and Ana L. Ramos Santos, and to all creditors and parties in interest in the above captioned case.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 24th day of March, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PETITIONERS
PO BOX 193677 SAN JUAN PR 00919-3677
TEL. NO. (787) 744-7699
FAX No. (787) 746-5294