IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

GILBERTO DE LEON HERNANDEZ

ANA LYDIA RAMOS SANTOS

DEBTOR(S)

CASE NO 10-11949-ESL

CHAPTER 13

**TRUSTEE'S REPORT ON CONFIRMATION**

1. A meeting of creditors pursuant to Section 341 was held on **January 25, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: TBD

AMENDED PLAN DATE: February 17, 2011     PLAN BASE: $8,880.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 8/26/2011

[ ] FAVORABLE     [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):
Pending to provide evidence that the monies deposited in BPPR for aprox. $12,968.14 belong to joint debtor's mother. If debtors cannot provide evidence that the monies belong to joint debtor's mother, amend Sch. B accordingly.

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
Trustee Motion to Dismiss filed on 2/8/2011, docket 12, still pending.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$126.00/$2,874.00

Atty: R FIGUEROA CARRASQUILLO

/s/ Pedro R Medina

Pedro R Medina
USDC #226614
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062